# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JAMES TOWNSEND #200890,<br>Petitioner | CIVIL ACTION NO. 5:22-00041 SEC P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| JULIAN C WHITTINGTON, ET AL.,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 9), and after a *de novo* review of the record including the letters (Record Documents 10 & 11) filed by Petitioner, which the Court has construed as objections out of an abundance of caution, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 9) is **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of March, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT